# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JEWELS A. CARDONA,

    Plaintiff,

v.

    Case No. 8:22-cv-01821-MSS-MRM

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JEWELS A. CARDONA ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated on this 12th day of October 2022.

    */s/ Franklin A. Jara*
    Franklin A. Jara
    Florida Bar No. 636681
    Sulaiman Law Group, Ltd.
    2500 S. Highland Ave., Suite 200
    Lombard, Illinois 60148
    Phone: (312) 313-1613
    Fax: (630) 575-8188

fjara@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Franklin A. Jara*
Franklin A. Jara